The People of the State of New York, Respondent, v. Frank Parani, Appellant.— Judgment and order affirmed. No opinion. Pres-

ent — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.; Dowling and Merrell, JJ., dissented.